UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALIBALA ALIMIRZOEV,
Petitioner,

v.

CHRISTOPHER LAROSE,
Respondent.

Case No.: 3:26-cv-5670-CAB-JAC

**ORDER DISMISSING PETITION WITH LEAVE TO AMEND**

Petitioner Alibala Alimirzoev has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241. [Doc. No. 1 ("Petition").]

The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted. *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") Petitioner does not provide any information regarding how he entered the United States, whether he has been previously detained by immigration authorities, or when or how he was most recently detained.

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order. The First Amended Petition must be

complete in itself without reference to the original Petition. Respondents not named and any claim not re-alleged will be considered waived. *See* CivLR 15.1(a).

The Clerk of the Court shall provide a copy of this District's latest petition for a writ of habeas corpus in an immigration case.

It is **SO ORDERED**.

Dated: October 13, 2026

Hon. Cathy Ann Bencivengo
United States District Judge